UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-CR-58 |
| v. ) | |
| ) | JUDGE COLLIER |
| JOSEPH AGLOR ) | MAGISTRATE JUDGE CARTER |

MODIFIED MEMORANDUM & ORDER

      In accordance with Rule 10 of the Federal Rules of Criminal Procedure, the arraignment of the defendant JOSEPH AGLOR on the Bill of Information returned by the Grand Jury, was held before the undersigned on May 29, 2012.

      Those present for the hearing included:

      (1) AUSA Annie Svolto for the USA.
      (2) The defendant, JOSEPH AGLOR.
      (3) Atty. Lee Ortwein for defendant Aglor
      (4) Courtroom Deputy Kelli Jones.

      After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution. The individual present was the defendant named in the Information.

      The defendant acknowledged having been provided with a copy of the Information. The defendant waived a formal reading of the Information and entered a not guilty plea to each count of the Information.

      Presently, this case is assigned the dates set forth in a separate Discovery and Scheduling Order.

      ENTER.

                                      S/*William B. Mitchell Carter*
                                      UNITED STATES MAGISTRATE JUDGE